## Liss v. R. W. Realty Co., Inc., Appellant.

Argued October 8, 1936.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

38

40

*E. Stanley Richardson,* for appellant.

*David S. Malis,* for appellee.

PER CURIAM, November 13, 1936:
The judgment of the court below is affirmed on the opinion of President Judge GORDON.